*The following items are due immediately:*

*1) A requirement under the Bankruptcy Code is that you mail directly to the courts copies of all pay advices (pay-stubs) or other evidence of payment received within 60 days of your filing for bankruptcy. You will need to mail this into the bankruptcy court ASAP.*

June 11, 2010

**To whom this may Concern at:**

**Ohio Northern Bankruptcy Court**
**1716 Spielbusch Avenue**
**Toledo , 43604**

**Enclosure:" Pay-stubs" for Angela Bockbrader case number <u>10-33948maw</u>.**

**Thanks,**

**Angela Bockbrader**

*[signature: Angela Bockbrader]*

*** NOTIFICATION OF DIRECT DEPOSIT ***

To:   ANGELA D. BOCKBRADER
Id#:  100001163

From: WOOD COUNTY EDUCATIONAL SERVICE CENTER
      1867 N RESEARCH DR
      Bowling Green, OH 43402
      Phone: 419-354-9015
      Email: TO_WCESC@nwoca.org

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of        $777.19

Funds are available in your accounts as of   06/04/10

Your salary has been deposited as follows:

| Type     | Institution | Amount |
|----------|-------------|--------|
| Checking | 041215016   | 777.19 |

Below is a summary of your pay for the period ending 05/28/10.

|  | Pay | | Deductions | | | | |
|---|---|---|---|---|---|---|---|
| Name | Units | Amount | Name | Amount | YTD-AMT | Name | Amount | YTD-AMT |
| Regular | | 901.54 | OHIO TAX | 13.68 | | OHIO YTD | 150.48 |
| | | | *STRS | 126.22 | | STRSANN | 90.15 |
| | | | MEDICARE | 13.07 | | *MEDICAR | 13.07 |
| | | | 8702 EW | 7.45 | | 8702 YTD | 81.95 |

Gross Amount     901.54         * Board Amount
Adjusted Gross   811.39
Gross Y-T-D      9,916.94

| Sick Leave | Vacation Leave | Personal Leave | Service Days |
|---|---|---|---|
| Use/Balance | Use/Balance | Use/Balance | Period/Contract |
| .000/6.250 | .000/.000 | .000/1.500 | 6/111 |

Federal Exemption  M  03              Total Deductions   124.35
State Exemptions   03   Deposit #605933  Net Pay          777.19

Please send E-Mail to                  when you will not be able to receive
your direct deposit notification electronically.

Notices:

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***

To:    ANGELA D. BOCKBRADER
Id#:   100001163

From:  WOOD COUNTY EDUCATIONAL SERVICE CENTER
       1867 N RESEARCH DR
       Bowling Green, OH 43402
       Phone: 419-354-9015
       Email: TO_WCESC@nwoca.org

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of         $777.19

Funds are available in your accounts as of    05/07/10

Your salary has been deposited as follows:

   Type            Institution                             Amount
   Checking        041215016                               777.19


Below is a summary of your pay for the period ending 04/30/10.

                    Pay                         Deductions
   Name    Units    Amount   Name    Amount YTD-AMT  Name       Amount   YTD-AMT
   ----------------------------------------------------------------------------
   Regular          901.54 OHIO TAX   13.68          OHIO YTD   123.12
                          *STRS      126.22          STRSANN     90.15
                          MEDICARE    13.07         *MEDICAR     13.07
                          8702 EW      7.45          8702 YTD    67.05


   Gross Amount     901.54       * Board Amount
   Adjusted Gross   811.39
   Gross Y-T-D    8,113.86

   Sick Leave         Vacation Leave      Personal Leave      Service Days
   Use/Balance        Use/Balance         Use/Balance         Period/Contract
   .000/5.500         .000/.000           .000/1.500          6/99

   Federal Exemption  M  03               Total Deductions    124.35
   State Exemptions   03   Deposit #605072  Net Pay           777.19

Please send E-Mail to                    when you will not be able to receive
your direct deposit notification electronically.

Notices:
```

```
*** NOTIFICATION OF DIRECT DEPOSIT ***

To:     ANGELA D. BOCKBRADER
Id#:    100001163

From:   WOOD COUNTY EDUCATIONAL SERVICE CENTER
        1867 N RESEARCH DR
        Bowling Green, OH 43402
        Phone: 419-354-9015
        Email: TO_WCESC@nwoca.org

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of        $777.19

Funds are available in your accounts as of    05/21/10

Your salary has been deposited as follows:

  Type            Institution                        Amount
  Checking        041215016                          777.19


Below is a summary of your pay for the period ending 05/14/10.

              Pay                        Deductions
  Name   Units  Amount    Name     Amount  YTD-AMT  Name       Amount  YTD-AMT
  -----------------------------------------------------------------------------
  Regular       901.54  OHIO TAX    13.68           OHIO YTD   136.80
                        *STRS      126.22           STRSANN     90.15
                        MEDICARE    13.07           *MEDICAR    13.07
                        8702 EW      7.45           8702 YTD    74.50


  Gross Amount       901.54      * Board Amount
  Adjusted Gross     811.39
  Gross Y-T-D      9,015.40

  Sick Leave         Vacation Leave        Personal Leave      Service Days
  Use/Balance        Use/Balance           Use/Balance         Period/Contract
  .000/6.250         .000/.000             .000/1.500          6/105

  Federal Exemption  M  03                 Total Deductions    124.35
  State Exemptions   03    Deposit #605498 Net Pay             777.19

Please send E-Mail to                    when you will not be able to receive
your direct deposit notification electronically.

Notices:
```

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***
To:      ANGELA D. BOCKBRADER
Id#:     100001163

From:    WOOD COUNTY EDUCATIONAL SERVICE CENTER
         1867 N RESEARCH DR
         Bowling Green, OH 43402
         Phone: 419-354-9015
         Email: TO_WCESC@nwoca.org

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of         $777.19

Funds are available in your accounts as of    04/23/10

Your salary has been deposited as follows:

   Type            Institution                         Amount
   Checking        041215016                           777.19


Below is a summary of your pay for the period ending 04/16/10.

                      Pay                      Deductions
   Name       Units   Amount    Name      Amount  YTD-AMT  Name      Amount   YTD-AMT
   -----------------------------------------------------------------------------------
   Regular            901.54   OHIO TAX    13.68          OHIO YTD   109.44
                               *STRS      126.22          STRSANN     90.15
                               MEDICARE    13.07          *MEDICAR    13.07
                               8702 EW      7.45          8702 YTD    59.60


Gross Amount        901.54      * Board Amount
Adjusted Gross      811.39
Gross Y-T-D       7,212.32

Sick Leave           Vacation Leave      Personal Leave      Service Days
Use/Balance          Use/Balance         Use/Balance         Period/Contract
.000/5.500           .000/.000           .000/1.500          3/93

Federal Exemption  M  03                 Total Deductions    124.35
State Exemptions      03   Deposit #604655  Net Pay          777.19

Please send E-Mail to                   when you will not be able to receive
your direct deposit notification electronically.

Notices:
```

```
                    *** NOTIFICATION OF DIRECT DEPOSIT ***
To:     ANGELA D. BOCKBRADER
Id#:    100001163

From:   WOOD COUNTY EDUCATIONAL SERVICE CENTER
        1867 N RESEARCH DR
        Bowling Green, OH 43402
        Phone: 419-354-9015
        Email: TO_WCESC@nwoca.org

The accounts designated in your Authorization Agreement for Automatic
Deposit are credited in the amount of          $777.19

Funds are available in your accounts as of     04/09/10

Your salary has been deposited as follows:

    Type           Institution                       Amount
    Checking       041215016                         777.19


Below is a summary of your pay for the period ending 04/02/10.

                   Pay                          Deductions
    Name   Units   Amount   Name    Amount  YTD-AMT  Name      Amount   YTD-AMT
    -------------------------------------------------------------------------------
    Regular        901.54  OHIO TAX  13.68           OHIO YTD   95.76
                           *STRS    126.22           STRSANN    90.15
                           MEDICARE  13.07           *MEDICAR   13.07
                           8702 EW    7.45           8702 YTD   52.15


Gross Amount         901.54       * Board Amount
Adjusted Gross       811.39
Gross Y-T-D        6,310.78

Sick Leave           Vacation Leave      Personal Leave       Service Days
Use/Balance          Use/Balance         Use/Balance          Period/Contract
.000/4.750           .000/.000           .000/1.500           6/90

Federal Exemption   M  03                Total Deductions    124.35
State Exemptions    03   Deposit #604226 Net Pay             777.19

Please send E-Mail to                    when you will not be able to receive
your direct deposit notification electronically.

Notices:
```