# PROCEEDING MEMO
# HONORABLE MARY ANN WHIPPLE

In Re:

**Angela Dyan Bockbrader**

    Debtor(s).                        Case No. **10-33948**

NATURE OF PROCEEDING:

Show Cause Hearing Regarding Fee Agreement

APPEARANCES:

~~Debtor(s)~~
Atty for Debtor(s): Pamela Theodotou ✓
~~Atty for Creditor:~~
~~Trustee: Ericka S. Parker~~

☒ HEARING HELD     ☐ EVIDENCE SUBMITTED     ☐ DISMISSED
☐ HEARING NOT HELD                                     ☐ TAKEN UNDER ADVISEMENT
☐ MOTION TO CONTINUE F/C _____ DAYS     ☐ MOTION CUT-OFF
☐ AGREED ENTRY ON OR BEFORE _____ DAYS
☐ STATUS REPORT ON OR BEFORE _____ DAYS     ☐ DISCOVERY CUT-OFF
☐ MOTION TO BE WITHDRAWN _____ DAYS
☐ OBJECTION TO BE WITHDRAWN _____ DAYS     ☐ FINAL PRE-TRIAL
☐ GRANTED    ☐ APPROVED    ☐ DISAPPROVED     ☐ TRIAL
☐ DENIED    ☐ With Prejudice    ☐ Without Prejudice
☐ SUSTAINED

☐ ADJOURNED TO _____

COMMENTS OF COURT: Cause shown - subject to amendment of R. 2016 disclosure to include appearances & mt of creditors - due 6/25/10 @ 4:00 pm for adjournment not cancelled

HEARING DATE: Thursday, ~~June 23, 2010~~ June 24, 2010

FOR COURT USE ONLY:
☐ Order Uploaded     ☐ For WP Docket     ☐ Need Order     ☐ Return for Order