**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



**Dated: June 25 2010**

Mary Ann Whipple
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-33948 |
| | ) | |
| Angela Dyan Bockbrader, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | JUDGE MARY ANN WHIPPLE |

### ORDER

The court held a hearing on June 24, 2010, on its Order to Show Cause why this case should not be dismissed due to basic case opening and filing fee issues. [Doc. # 9]. Pamela Theodotou, attorney for Debtor, appeared in person at the hearing.

The court finds that cause has been shown provided, however, that counsel electronically submit in proper format a separate order regarding the granting of Debtor's Amended Application to Pay Filing Fee in Installments [Doc. # 8], and a separate order to grant her motion for authority to manually pay the filing fee installment payments in this case.

**THEREFORE**, good cause appearing,

**IT IS ORDERED** that the required motion be filed and the required orders be submitted to the court by **4:00 p.m. on Friday, June 25, 2010.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-3           User: mclar              Page 1 of 1              Date Rcvd: Jun 25, 2010
Case: 10-33948                 Form ID: pdf701          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 27, 2010.
```
db              +Angela Dyan Bockbrader,   1774 Bloomdale,   Bloomdale, OH 44817-9727
```

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 27, 2010**                    Signature:    *Joseph Speetjens*