**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: June 29 2010**

## U.S. Bankruptcy Court
## Northern District of Ohio (Toledo)

IN RE:     Angela Dyan Bockbrader     §     CHAPTER 7

DEBTOR     §     CASE NO. 10-33948-maw

### ORDER TO PAY FILING FEE INSTALLMENTS MANUALLY BY CHECK

It is hereby ordered that Debtor's Motion is granted to pay filing fee installments manually by check.

###

# CERTIFICATE OF NOTICE

```
District/off: 0647-3           User: mclar              Page 1 of 1              Date Rcvd: Jun 29, 2010
Case: 10-33948                 Form ID: pdf728          Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 01, 2010.
db          +Angela Dyan Bockbrader,   1774 Bloomdale,   Bloomdale, OH 44817-9727

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 01, 2010**                               Signature:        *Joseph Speetjens*