IN THE UNITED STATES BANKRUTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
|  | ) | CHAPTER 7 |
|  | ) |  |
| Angela Bockbrader | ) | CASE NO. 10-33948-maw |
|  | ) |  |
| DEBTOR | ) | JUDGE: MARY ANN WHIPPLE |

## DEBTOR'S MOTION TO DISMISS
## CHAPTER 7

TO THE HONORABLE UNITED STATES BANKRUTCY JUDGE:

Now Comes the Debtor Angela Bockbrader, through counsel Pamela I. Theodotou and moves this court to Dismiss the Chapter 7 proceeding. In support, counsel would represent that Debtor now believes that negotiating outstanding obligations with creditors is a better course of action.

WHEREFORE, the Debtor would ask that their Chapter 7 proceeding be dismissed.

Respectfully submitted,

*/s/ PamTheodotou*
Pam Theodotou, Attorney for Debtor
Ohio Supreme Court #0042617
***Theodotou & Associates***
4449 Easton Way, 2nd Floor
Columbus, OH 37934

## NOTICE PURSUANT TO LOCAL RULE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.** Under Local Rule Bankruptcy Rule 9013-1 and 4:09, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party and the Office of the U.S. Trustee, objecting to the relief requested, within ten (10) days, the Court may deem the opposition waived, treat the motion as conceded and issue and order granting the requested relief without further notice of hearing.

*/s/*

/s/*PamTheodotou*
Pam Theodotou, Attorney for Debtor
Ohio Supreme Court #0042617
***Theodotou & Associates***
4449 Easton Way, 2nd Floor
Columbus, OH 37934


## CERTIFICATE OF SERVICE

I, Pamela I. Theodotou do hereby certify that a copy of the foregoing has been served upon the following by mailing a copy hereof by first class U.S. Mail or Electronic Filing on this 12 day of July, 2010.

Ericka S Parker
33 S. Michigan
Suite 203
Toledo, OH 43604

CONTRACT CALLER
1058 CLAUSSEN RD STE 110
AUGUSTA, GA  30907


CREDIT ADJUSTMENT
330 FLORANCE ST
DEFIANCE, OH  43512

CREDIT PROTECTION
13355 NOEL RD STE 2100
DALLAS, TX  75240


DEBT RECOVERY
900 MERCHANTS CONCOURSE 106
WESTBURY, NY  11590


NATIONAL CREDIT
327 W 4TH AVE
HUTCHINSON, KS  67501


PENTAGROUP FINANCIAL
5959 CORPORATE DR STE 1400
HOUSTON, TX  77036


REGIONAL ACCERTANCE
29550 RYAN RD STE B
WARREN, MI  48092


UNITED COLLECT
PO BOX 140190
TOLEDO, OH  43614


                                      /s/*PamTheodotou*
                                      Pam Theodotou, Attorney for Debtor
                                      Ohio Supreme Court #0042617
                                      ***Theodotou & Associates***
                                      4449 Easton Way, 2nd Floor
                                      Columbus, OH 37934