# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

In re:  BOCKBRADER, ANGELA DYAN          Case No. 10-33948

        Debtor(s)                            Judge Mary Ann Whipple

## OBJECTION TO MOTION TO DISMISS CASE FILED BY DEBTOR

Now comes the Trustee and objects to the Debtor's Motion to Dismiss her case and requests this matter be set for hearing.

                                            **/s/ Ericka S. Parker**
                                            Ericka S. Parker, Trustee

## MEMORANDUM

The First Meeting of Creditors is scheduled for 8/5/10 at 9:30am. At this point, there is no compelling reason to dismiss debtors case and no right to a dismissal. Further, no inquiry has been made as to the debtor's assets and it can not yet be determined if creditors would be prejudiced by granting the debtors motion.

Therefore, the Trustee respectfully requests the Court deny debtor's Motion to Dismiss.

                                            Respectfully submitted,

                                            **/s/ Ericka S. Parker**
                                            Ericka S. Parker (0068217)
                                            Law Offices of Ericka S. Parker LLC
                                            33 S. Michigan St., #203
                                            Toledo, OH  43624
                                            (419) 243-0900
                                            FAX (419) 243-0955

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to the individual(s) listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being

served by ECF, this Thursday, July 15, 2010

PAMELA I. THEODOTOU
Attorney for Debtor(s)
Pam.theodotou@gmail.com

Office of the U.S. Trustee
Via electronic mail

                                                **/s/ Ericka S. Parker**
                                                Ericka S. Parker

Ep/tr/obj.rfs&aban.frm