**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: August 13 2010**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-33948-maw |
| | ) | |
| Angela Bockbrader, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Mary Ann Whipple |
| | ) | |
| | ) | MOTION FOR CONTINUANCE OF |
| | ) | HEARING ON DEBTOR'S MOTION TO |
| | ) | DISMISS CASE. |

Debtor Angela Bockbrader came for consideration on a Motion for continuance of hearing on debtors' motion to dismiss case set for August 10th 2010. The Court having considered said Motion grants Motion and sets the continued hearing for September 14, 2010 at 9:30 a.m.

It is so Ordered.

###

# CERTIFICATE OF NOTICE

```
District/off: 0647-3          User: mclar              Page 1 of 1              Date Rcvd: Aug 13, 2010
Case: 10-33948                Form ID: pdf755          Total Noticed: 14
```

The following entities were noticed by first class mail on Aug 15, 2010.
```
db          +Angela Dyan Bockbrader,   1774 Bloomdale,   Bloomdale, OH 44817-9727
19658079    +AMERICAN EXPRESS,   PO BOX 981537,   EL PASO, TX 79998-1537
19658081   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court:  AMERICAN HONDA,    PO BOX 65507,   WILMINGTON, DE  19808)
19658082    +BANK OF AMERICA,   PO BOX 17054,   WILMINGTON, DE 19850-7054
19658083    +CHASE AUTO,   800 BROOKSEDGE,   WESTERVILLE, OH 43081-2822
19658085    +CHASE BANK,   PO BOX 15298,   WILMINGTON, DE 19850-5298
19658084    +CHASE BANK,   800 BROOSEDGE,   WESTERVILLE, OH 43081-2822
19764623     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
19658089    +SALLIE MAE,   PO BOX 9635,   WILKES BARRE, PA 18773-9635
19658090    +SALLIE MAE,   11100 USA PKWY,   FISHERS, IN 46037-9203
```

The following entities were noticed by electronic transmission on Aug 13, 2010.
```
19658080     E-mail/PDF: CBP@AGFINANCE.COM Aug 14 2010 00:08:16      AMERICAN GENERAL,   600 N ROYAL AVE,
              EVANSVILLE, IN  47715
19658086    +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 00:11:51      GE CAPITAL,   POP BOX 981400,
              EL PASO, TX 79998-1400
19658087     E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2010 00:11:51      GREEN TREE,
              332 MINNESOTA ST STE 610,   SAINT PAUL, MN  55101
19658088    +E-mail/PDF: cr-bankruptcy@kohls.com Aug 14 2010 01:50:05      KOHLS,   PO BOX 3115,
              MILWAUKEE, WI 53201-3115
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2010**               Signature:      *Joseph Speetjens*