# CERTIFICATE OF SERVICE

      I, Pamela I. Theodotou do hereby certify that a copy of the amended Summary of Schedules, Schedule I, Schedule J, Means Test, Statement of Financial affairs has been served upon the following by mailing a copy hereof by first class U.S. Mail, Email or Electronic Filing on this 19 day of August, 2010.

Ericka S Parker
33 S. Michigan
Suite 203
Toledo, OH 43604

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

AMERICAN GENERAL
600 N ROYAL AVE
EVANSVILLE, IN 47715

AMERICAN HONDA
PO BOX 65507
WILMINGTON, DE 19808

BANK OF AMERICA
PO BOX 17054
WILMINGTON, DE 19850

CHASE AUTO
800 BROOKSEDGE
WESTERVILLE, OH 43081

CHASE BANK
800 BROOSEDGE
WESTERVILLE, OH 43081

CHASE BANK
PO BOX 15298
WILMINGTON, DE 19850

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

GE CAPITAL
POP BOX 981400
EL PASO, TX 79998


GREEN TREE
332 MINNESOTA ST STE 610
SAINT PAUL, MN 55101

KOHLS
PO BOX 3115
MILWAUKEE, WI 53201


SALLIE MAE
11100 USA PKWY
FISHERS, IN 46037


SALLIE MAE
PO BOX 9635
WILKES BARRE, PA 18773


Angela Dyan Bockbrader
1774 Bloomdale
Bloomdale, OH 44817

Ericka S Parker
33 S. Michigan Suite 203
Toledo, OH 43604

 

/s/*PamTheodotou*
Pam Theodotou, Attorney for Debtor
Ohio Supreme Court #0042617
***Theodotou & Associates***
4449 Easton Way, 2nd Floor
Columbus, OH 43215