UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-33948 |
| | ) | |
| Angela Dyan Bockbrader, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | Judge Mary Ann Whipple |

## UNITED STATES TRUSTEE STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

Respectfully submitted,

**Daniel M. McDermott**
**United States Trustee, Region 9**

by: */s/ Ronna G. Jackson*
Ronna G. Jackson
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee
201 E. Superior Avenue, Suite 441
Cleveland, Ohio 44114
(216) 522-7800, ext. 253
(216) 522-7193 Facsimile
Ronna.G.Jackson@usdoj.gov

1